No. 86–5324. GRIFFIN v. WISCONSIN. Sup. Ct. Wis. [Certiorari granted, *ante*, p. 1005.] Motion for appointment of counsel granted, and it is ordered that Alan G. Habermehl, Esquire, of Madison, Wis., be appointed to serve as counsel for petitioner in this case.

No. 86–5965. MORGAN ET AL. v. UNITED STATES. C. A. D. C. Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until February 10, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*. JUSTICE SCALIA took no part in the consideration or decision of this motion.

No. 86–5873. IN RE TYLER. Petition for writ of mandamus denied.

No. 86–5916. IN RE MCQUEEN. Petition for writ of mandamus and/or prohibition denied.

No. 86–648. WISCONSIN DEPARTMENT OF HEALTH AND SOCIAL SERVICES v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari granted.

No. 86–836. HAZELWOOD SCHOOL DISTRICT ET AL. v. KUHLMEIER ET AL. C. A. 8th Cir. Motion of National School Boards Association for leave to file a brief as *amicus curiae* granted. Motion of respondents for leave to file appendix to brief in opposition on oversized paper denied. Certiorari granted.

No. 86–465. FLORIDA ROCK INDUSTRIES, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.